MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN JOHANSEN, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 10-0759 CRB <br><br> **[PROPOSED]** **ORDER EXCLUDING TIME FROM OCTOBER 18, 2010 TO OCTOBER 20, 2010** |

     The parties appeared before the Honorable Joseph C. Spero on October 18, 2010 for a continued detention hearing and to arraign the defendant on the indictment.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 18, 2010 to October 20, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to investigate possible defenses and review the discovery in this case with the defendant once it is received .

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from October 18, 2010 to October 20, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18

ORDER EXCLUDING TIME
CR 10-0759 CRB

1  U.S.C. § 3161(h)(7)(A).

2      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
3  from October 18, 2010 to October 20, 2010, be excluded from Speedy Trial Act calculations
4  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

6      IT IS SO STIPULATED.

8  DATED: October 18, 2010                    /s/
                                              RONALD TYLER
9                                             Counsel for Kevin Johansen

11 DATED: October 18, 2010                    /s/
                                              BRIAN C. LEWIS
12                                            Assistant United States Attorney

14     IT IS SO ORDERED.

17 DATED: 10/20/10
                                              JOSEPH C. SPERO
18                                            United States Magistrate Judge

ORDER EXCLUDING TIME
CR 10-0759 CRB                            -2-