1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

**FILED**

JUN 1 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 10-0759 CRB
14                                     )
            Plaintiff,                 )
15                                     )
        v.                             )    **NOTICE OF DISMISSAL**
16                                     )
   KEVIN JOHANSEN,                     )
17                                     )
            Defendant.                 )
18  _____  )

19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California dismisses the indictment in the

22  above action without prejudice.

23

24  DATED: June 14, 2011                    Respectfully submitted,

25                                          MELINDA HAAG
                                            United States Attorney
26
                                            _____/s/_____
27                                          MIRANDA KANE
                                            Chief, Criminal Division
28

NOTICE OF DISMISSAL
CR 10-0759 CRB

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment, and the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: _June 15, 2011_

_____

HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
CR 10-0759 CRB